IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>BRIAN ROQUE,<br><br>　　　　　　　　Defendant. | CASE NO. 1:22-MJ-00025-BAM<br><br>ORDER THAT CASH BOND BE TRANSFERRED TO DISTRICT OF SOUTH CAROLINA |

On February 14, 2022, Defendant Brian Roque was released on conditions, including a $5,000 cash bond. Plaintiff was also ordered to report to the United States District Court for the District of South Carolina for further proceedings. On February 16, 2022, this Court transferred relevant documents to the District of South Carolina. (ECF No. 10). On February 15, 2022, a cash bond of $5,000.00 was posted as to Brian Roque.

Given that Mr. Roque's case is now pending before the District of South Carolina, the Court orders the Clerk of the Court to transfer the $5,000 cash bond to the District of South Carolina.

IT IS SO ORDERED.


Dated: 2/18/2022　　　　　　　　　　　　　　*Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1