HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
BRIAN ROQUE

FILED
FEB 22 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-mj-00025-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER** |
| v. | |
| BRIAN ROQUE, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the United States of America and Defendant Brian Roque, by and through their respective counsel of record, that Condition 7(q) of Mr. Roque's pretrial release be modified as set forth below. Pretrial Services Officer, Frank Guerrero, does not oppose the modification.

On February 10, 2022, Mr. Roque appeared pursuant Federal Rule of Criminal Procedure 5 on an out of district indictment/warrant before the Honorable Barbara A. McAuliffe for an initial appearance. ECF No. 3. A detention hearing was set for February 14, 2022. *See id.* On February 14, 2022, Mr. Roque was ordered released subject to certain conditions including Condition 7(q) that he remain on home incarceration. *See* ECF No. 8 at 2. During the detention hearing, the parties and the Court discussed the possibility that Mr. Roque could be on less restrictive conditions if he were able to secure employment.

//

Following his release, Mr. Roque was able to secure employment, and provided proof of two offers of employment to Officer Guerrero. Accordingly, the parties, with the support of Pretrial Services, stipulate to modify Condition 7(q) from home incarceration to curfew. The relevant portion of Condition 7(q) currently provides:

> Home Incarceration: You must remain inside your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the Pretrial Services Officer.

The parties stipulate that Condition 7(q) be modified to provide:

> Curfew: You must remain inside your residence every day from 9:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment, or court-ordered obligations.

> All other previously ordered conditions of release not in conflict shall remain in full force and effect.

The parties agree that the proposed modification is appropriate given the foregoing. A hearing is not requested or needed given the parties' stipulation.

IT IS SO STIPULATED.

Dated: February 22, 2022

/s/ Jaya Gupta
JAYA C. GUPTA
Assistant Federal Defender
Counsel for Defendant Brian Roque

Dated: February 22, 2022

/s/ Mark J. McKeon
MARK J. McKEON
Assistant United States Attorney
Counsel for Plaintiff
United States of America

## ORDER

UPON THE PARTIES' STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT Condition 7(q) of Defendant Brian Roque's Conditions of Release is modified as follows:

> Curfew: You must remain inside your residence every day from 9:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment, or court-ordered obligations.

All other previously ordered conditions of release not in conflict shall remain in full force and effect.

IT IS SO ORDERED.

DATED: 2/22/22

HONORABLE ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE